UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN ERIC CAHOON,

       Plaintiff,

   -against-

USAA; WAYNE PEACOCK,

       Defendants.

21-CV-11194 (CS)

ORDER OF SERVICE

CATHY SEIBEL, United States District Judge:

  Plaintiff, who is proceeding *pro se*, filed this lawsuit in the Town Court of the Town of Highland.  Defendant removed it to this Court.  Defendants state that they have received a copy of the Complaint but apparently no other process has been served.

  Pursuant to 28 U.S.C. §§ 1147-48, the Clerk of Court is directed to issue summonses as to Defendants USAA and Wayne Peacock, and Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.  If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

  The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated: January 5, 2022
    White Plains, New York

                  *Cathy Seibel*
                 _____
                  CATHY SEIBEL
                  United States District Judge